**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Roger Lee HARRELL, Defendant–
Appellant.**

**No. 03–6634.**

United States Court of Appeals,
Fourth Circuit.

Submitted July 31, 2003.

Decided Aug. 12, 2003.

Roger Lee Harrell, Appellant Pro Se. Nicholas Stephan Altimari, James Brien Comey, Jr., Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Roger Lee Harrell appeals the district court's order denying his motion for reconsideration of a previous order denying his motion to stay a state court proceeding. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. *See United States v. Harrell*, No. CR–01–112 (E.D.Va. Apr. 8, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*